# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY FORSYTHE,<br><br>                     Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA,<br><br>                     Defendant. | Case No. 2:11-cv-01357-GMN-GWF<br><br>**ORDER**<br><br>Appeal from Nev. S. Ct. (#1) |

This matter is before the Court on Plaintiff's Appeal from Nev. S. Ct. (#1), filed on August 22, 2011.

### **DISCUSSION**

Pursuant to the Prison Litigation Reform Act of 1995, the district court is required to assess a fee where a prisoner is granted leave to proceed *in forma pauperis* in a civil action, and the prison officials are required to collect and remit the money to the court. *See* 28 U.S.C. § 1915(b)(1)-(2). Pursuant to the IFP Motion Financial Certificate, a plaintiff must pay a filing fee of $350.00. If the plaintiff does not have $350.00, the plaintiff will not be allowed to proceed with the action until the plaintiff pays appropriate fees. The plaintiff will be required to pay either 20% of the average monthly balance or 20% of the average monthly deposits, whichever is greater. Furthermore, the plaintiff will be required to pay installments of 20% of the preceding month's deposits to the account in months that the account balance exceeds $10.00.

Plaintiff failed to submit a completed Application to Proceed *In Forma Pauperis*. Plaintiff also failed to attach a current IFP Motion Financial Certificate to his application. Plaintiff's financial status is indeterminate; specifically, Plaintiff needs to submit a completed Application to Proceed *In Forma*

1  *Pauperis* and attach a completed IFP Motion Financial Certificate indicating the average monthly
2  balance in his inmate account before the Court will allow Plaintiff to proceed with this action.
3      Further, it appears to the Court, from the caption of the document, Plaintiff may be attempting to
4  bring a Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  Accordingly,
5      **IT IS HEREBY ORDERED** that Plaintiff's Appeal from Nev. S. Ct. (#1) is **denied** without
6  prejudice.
7      **IT IS FURTHER ORDERED** that the Clerk of the Court shall send Plaintiff an Application to
8  Proceed *In Forma Pauperis* (Prisoner), **Code IFP Motion**, and an Application to Proceed *In Forma*
9  *Pauperis* Instructions, **Code IFP Instructions**, to High Desert State Prison, Larry Forsythe, Inmate #
10 1024861, P.O. Box 650, Indian Springs, NV 89018.
11     **IT IS FURTHER ORDERED** that the Clerk of the Court shall also send a copy of this Order
12 to the attention of the inmate accounts department of the High Desert State Prison, Larry Forsythe,
13 Inmate # 1024861, P.O. Box 650, Indian Springs, NV 89018.
14     **IT IS FURTHER ORDERED** that Plaintiff shall have **thirty (30) days** from the date this
15 Order is entered in which to send a completed IFP Motion Financial Certificate.  Failure to do so may
16 result in dismissal of this action.
17     DATED this 24th day of August, 2011.

*/s/ George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**